On Application for Rehearing
PER CURIAM.
On application for rehearing, the plaintiff strenuously urges that the holding in the instant case is in conflict with our decision in Marine Insurance Company v. Strecker, 234 La. 522, 100 So.2d 493, because of our failure to properly apply Article 2315 of the LSA-Civil Code. There-is no conflict in these cases. The Court has given the basic codal article full and painstaking consideration. Both the breach of a. legal duty to the deceased and proximate causation are prerequisites for liability under the article. We have been unable to-find a breach of such a duty by the architects or any fault on their part which was the proximate cause of the tragic accident.. Hence the architects are not liable.
The rehearing is refused.